S PS 8
(rev 12/05)

# UNITED STATES DISTRICT COURT

**FILED**

for

Western District of Pennsylvania
09 JUN 17 P 3 55

CLERK
U.S. DISTRICT COURT

U.S.A. vs. Brian S Kudalis      Docket No.   0315 2:08CR00391-001

## Petition for Action on Conditions of Pretrial Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct of defendant Brian S Kudalis, who was placed under pretrial release supervision by the Honorable Robert C. Mitchell sitting in the COURT at Pittsburgh, PA, on the 10th day of November, 2008, under the following conditions:

He shall not violate any federal, state, or local law while on release in this case. The defendant was also placed on a curfew, for which he is restricted to his residence from 10 p.m. to 6 a.m. The defendant was also required to report to Pretrial Services as directed; refrain from the possession of a firearm; refrain from the excessive use of alcohol; and report as soon as possible any contact with any law enforcement personnel. Additionally, the defendant's travel was restricted to the Western District of Pennsylvania.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant was charged with a violation of state and/or local law.
The defendant failed to report contact with law enforcement personnel to Pretrial Services.
The defendant also violated the conditions of his curfew.
The defendant failed to report to Pretrial Services, as directed.

PRAYING THAT THE COURT WILL ORDER THAT A HEARING BE SCHEDULED TO ADDRESS THE DEFENDANT'S NON-COMPLIANCE WITH THE CONDITIONS OF HIS BOND. SAID HEARING WILL BE HELD BEFORE THE UNDERSIGNED ON THURSDAY, JUNE 25, 2009 AT 2:30 PM IN COURTROOM NO. 3A, 3RD FLOOR, U.S. COURTHOUSE, PITTSBURGH, PA.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 18th day of June, 2009, and ordered filed and made a part of the records in the above case. | Executed on June 17, 2009 |
| /s/ Gary L. Lancaster | Rebecca Guenther, U.S. Pretrial Services/Probation Officer |
| Honorable Gary L. Lancaster<br>U.S. District Judge | Elaine M. Johnston<br>Supervising U.S. Pretrial Services/Probation Officer |
| cc: All Counsel<br>US Marshal<br>US Pretrial Services | Place   Pittsburgh, PA |